

Chicago | Denver | Detroit | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | **Minneapolis**
New Orleans | New York | Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek

November 13, 2019

**Cameron A. Lallier**
Direct Dial: (612) 216-0319
*clallier@foleymansfield.com*

**VIA ODYSSEY**

The Honorable Joan N. Ericksen
Warren E. Burger Federal Building and
   U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re:    John Lindell v. Citibank, N.A.
        Case No. 18-CV-872 (JNE/SER)

Dear Judge Ericksen:

The parties have reached a settlement in principal in the above-referenced matter. The agreement is being documented and the parties anticipate filing a stipulation for dismissal of the action within the next thirty (30) days. Please do not hesitate to contact us should you have any questions.

Respectfully submitted,

*/s/ Cameron A. Lallier*

Cameron A. Lallier

CAL:dmr