UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Lindell,

    Plaintiff,

v.                                                           Case No. 18-cv-872 (JNE/DTS)
                                                              ORDER

Citibank, N.A.,

    Defendant.

On November 13, 2019, Defendant's attorney informed the Court that "[t]he parties have reached a settlement" and that they "anticipate filing a stipulation for dismissal of the action" within 30 days. The stipulation has not been filed.

Having been informed that the parties reached a settlement, the Court dismisses this action with prejudice. The Court reserves jurisdiction for 28 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

IT IS SO ORDERED.

Dated: January 16, 2020

                                                              s/ Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge